**DISMISS; and Opinion Filed June 15, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00618-CV

## IN RE PB DEWBERRY, DEWBERRY COMPANIES, LC, DEWBERRY ARCHITECTS, INC., DEWBERRY CONSULTANTS, DEWBERRY ENGINEERS, AND PARSONS BRINKERHOFF, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14844**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Schenck
Opinion by Justice Fillmore

Before the Court is relators' June 9, 2016 motion to dismiss their May 31, 2016 petition for writ of mandamus. In the motion, relators state they voluntarily seek dismissal because respondent entered an order on the motion that was the subject of their petition for writ of mandamus. We grant the June 9, 2016 motion and dismiss this petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

160618F.P05